BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
BRANDON MARSH (Bar No. 268316)
(brandon.marsh@blbglaw.com)
JENNY BARBOSA (Bar No. 292385)
(jenny.barbosa@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

*Attorneys for Plaintiff City of Miami General Employees'*
*& Sanitation Employees' Retirement Trust, Lead Plaintiffs*
*Public School Teachers Pension & Retirement Fund of Chicago*
*and Arkansas Teacher Retirement System and Lead Counsel for the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE RH, INC. SECURITIES LITIGATION, | Case No. 4:17-00554-YGR<br><br>ECF CASE<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Blair A. Nicholas, Esq. (Bar No. 178428) is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP, and it is respectfully requested that he be withdrawn as counsel for Plaintiff City of Miami General Employees' & Sanitation Employees' Retirement Trust ("City of Miami") in the above-captioned action. Bernstein Litowitz Berger & Grossmann LLP, through the undersigned counsel of record, continues to serve as counsel for Plaintiff City of Miami, and all future correspondence and papers in this action should continue to be directed to them.

| | |
|---|---|
| 1  Dated: March 16, 2018 | Respectfully submitted, |
| 2 | BERNSTEIN LITOWITZ BERGER |
| 3 | & GROSSMANN LLP |
| 4 | */s/ David R. Stickney* |
|   | DAVID R. STICKNEY |
| 5 | DAVID R. STICKNEY (Bar No. 188574) |
|   | (davids@blbglaw.com) |
| 6 | BRANDON MARSH (Bar No. 268316) |
|   | (brandon.marsh@blbglaw.com) |
| 7 | JENNY BARBOSA (Bar No. 292385) |
|   | (jenny.barbosa@blbglaw.com) |
| 8 | 12481 High Bluff Drive, Suite 300 |
| 9 | San Diego, CA 92130 |
|   | Tel:    (858) 793-0070 |
| 10 | Fax:    (858) 793-0323 |
| 11 |    --and-- |
|   | GERALD H. SILK |
| 12 | (jerry@blbglaw.com) |
|   | AVI JOSEFSON |
| 13 | (avi@blbglaw.com) |
| 14 | 1251 Avenue of the Americas, 44th Floor |
|   | New York, New York 10020 |
| 15 | Tel:    (212) 554-1493 |
|   | Fax:    (212) 554-1444 |

*Attorneys for Plaintiff City of Miami General Employees' & Sanitation Employees' Retirement Trust, Lead Plaintiffs Public School Teachers Pension & Retirement Fund of Chicago and Arkansas Teacher Retirement System, and Lead Counsel for the Class*