UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE RH, INC. SECURITIES LITIGATION, | Case No. 4:17-cv-00554-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **CASE MANAGEMENT ORDER**<br><br>*As modified by the Court* |

On April 23, 2018, Lead Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago and Arkansas Teacher Retirement System, together with Defendants RH, Gary Friedman and Karen Boone, appeared before the Court for a Case Management Conference. Having considered the parties' Joint Case Management Conference Statement (ECF No. 79) and statements of counsel at the Case Management Conference, the Court orders that the following schedule applies to this action:

| Event | Date |
| --- | --- |
| Class certification motion due | June 22, 2018 |
| Class certification opposition due | August 3, 2018 |
| Class certification reply due | August 31, 2018 |
| Class certification hearing | September 25, 2018 at 2pm |
| Fact discovery deadline | January 31, 2019 |
| Rule 26(a)(2) expert disclosures and reports[1] | March 1, 2019 |
| Rule 26(a)(2) rebuttal expert disclosures and reports | April 1, 2019 |
| Expert discovery deadline | April 22, 2019 |
| Dispositive motions and *Daubert* motions due | May 14, 2019 |
| Oppositions to dispositive and *Daubert* motions due | June 11, 2019 |
| Replies ISO dispositive and *Daubert* motions due | June 25, 2019 |
| Hearing on dispositive and *Daubert* motions | July 16, 2019 at 2pm |

**IT IS SO ORDERED.**

Dated: April 25, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] All experts, retained and non-retained, must provide written reports compliant with FRCP 26(a)(2)(B).