|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUNITED STATES OF AMERICAT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RH, INC., et al.,<br><br>Defendants. | Case No. 17-cv-00554-YGR (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 115 |

This case has been referred to the undersigned magistrate judge for all discovery-related matters. On December 14, 2018 the parties filed a Joint Discovery Letter, ECF No. 115, concerning a dispute over whether certain deposition testimony and 21 deposition exhibits merit "confidential" treatment under the terms of the protective order in this action. However, the parties did not provide the testimony or the exhibits with the letter, so the Court is unable to evaluate the parties' arguments. The Court **ORDERS** the parties to submit the disputed discovery material by noon on December 20, 2018. The Court sets a telephonic hearing on this letter brief for December 21, 2018 at 3:00 p.m. Counsel shall call the following phone number on that date: 1-888-684-8852/Passcode: 2925506.

For all future discovery disputes, the parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at https://cand.uscourts.gov/tsh/standing-orders. Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: December 19, 2018

THOMAS S. HIXSON
United States Magistrate Judge