# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE RH, INC. SECURITIES LITIGATION** | CASE NO. 17-cv-00554-YGR |
| | **CASE MANAGEMENT AND REVISED TRIAL ORDER** |
| | Re: Dkt. No. 122 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has received parties' updated case management statement (Dkt. No. 122) and hereby amends the pretrial dates set forth in the Court's first Case Management and Pretrial Order, dated October 3, 2018, (Dkt. No. 109) as noted below. The Court also notes that no further extensions will be granted.

## REVISED TRIAL SCHEDULE

| | | |
|---|---|---|
| CASE MANAGEMENT CONFERENCE | ~~Monday, February 4, 2019 at 2:00 p.m.~~ Monday, March 11, 2019 at 2:00 p.m. | |
| RULE 26(A)(2) EXPERT DISCLOSURES AND REPORTS[1] | ~~March 1, 2019~~ | April 5, 2019 |
| RULE 26(A)(2) REBUTTAL EXPERT DISCLOSURES AND REPORTS | ~~April 1, 2019~~ | May 6, 2019 |
| EXPERT DISCOVERY DEADLINE | ~~April 22, 2019~~ | May 20, 2019 |
| DISPOSITIVE & *DAUBERT* MOTIONS DUE | ~~May 14, 2019~~ | June 11, 2019 |
| OPPOSITIONS TO DISPOSITIVE AND *DAUBERT* MOTIONS DUE | ~~June 11, 2019~~ | July 9, 2019 |

---

[1] All experts, retained and non-retained, must provide written reports compliance with FRCP 26(a)(2)(B).

| | |
|---|---|
| REPLIES IN SUPPORT OF DISPOSITIVE AND *DAUBERT* MOTIONS DUE | ~~June 25, 2019~~ July 23, 2019 |
| HEARING ON DISPOSITIVE AND *DAUBERT* MOTIONS | ~~Tuesday, July 16, 2019 at 2:00 p.m.~~ Tuesday, August 20, 2019 at 2:00 p.m. |
| COMPLIANCE HEARING (*SEE* BELOW) | ~~Friday, September 27, 2019 at 9:01 a.m.~~ Friday, October 25, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT DUE | ~~October 4, 2019~~ November 1, 2019 |
| PRETRIAL CONFERENCE | ~~Monday, October 21, 2019 at 9:00 a.m.~~ Friday, November 15, 2019 at 9:00 a.m. |
| TRIAL DATE (JURY TRIAL) | ~~Monday, November 4, 2019 at 8:30 a.m.~~ Tuesday, December 3, 2019 at 8:30 a.m. |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, October 25, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

Accordingly, the Court **VACATES** the case management conference currently scheduled for Monday, February 4, 2019.

**IT IS SO ORDERED.**

Dated: January 31, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2