1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  MARK R.S. FOSTER (CA SBN 2236822)
   MFoster@mofo.com
3  AMANDA TRELEAVEN (CA SBN 266934)
   ATreleaven@mofo.com
4  SU-HAN WANG (CA SBN 284863)
   SWang@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
7  Facsimile: (415) 268-7522

8  ERIK J. OLSON (CA SBN 175815)
   EJOlson@mofo.com
9  MORRISON & FOERSTER LLP
   755 Page Mill Road
10 Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
11 Facsimile: (650) 494-0792

12 *Attorneys for Defendants*
   RH, GARY FRIEDMAN, and KAREN BOONE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE RH, INC. SECURITIES LITIGATION | Case No. 4:17-cv-00554-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATED PRELIMINARY APPROVAL SCHEDULE AND [PROPOSED] ORDER** |

In accordance with Local Rule 7-12, Lead Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago and Arkansas Teacher Retirement System ("Lead Plaintiffs") and Defendants RH, Gary Friedman, and Karen Boone ("Defendants" and collectively with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the following stipulation and proposed order:

WHEREAS, on March 1, 2019, the Parties participated in an all-day mediation before the former United States District Judge Layn R. Phillips and thereafter engaged in further settlement negotiations culminating in an agreement in principle to a class-wide settlement, the basic terms of which are set forth in a fully executed Memorandum of Understanding dated March 21, 2019;

WHEREAS, the proposed settlement, if approved by the Court, will fully resolve all pending claims in the action;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows, and respectfully request that the Court enter the [Proposed] Order:

1. All pending deadlines shall be vacated;

2. Lead Plaintiffs shall file a motion for preliminary approval of the proposed settlement on or before May 6, 2019;

3. Any opposition to the motion for preliminary approval shall be filed on or before May 20, 2019;

4. Lead Plaintiffs' reply in support of preliminary approval shall be filed on or before May 27, 2019;

5. Lead Plaintiffs shall notice the hearing on their motion for preliminary approval for June 18, 2019 at 2:00 p.m.

Dated: March 25, 2019        MORRISON & FOERSTER LLP

By:   */s/ Mark R.S. Foster*
        Mark R.S. Foster

Attorneys for Defendants
RH, Gary Friedman, and Karen Boone

Dated: March 25, 2019        BERNSTEIN LITOWITZ BERGER
                              & GROSSMANN LLP

By:   */s/ Jonathan D. Uslaner*
        Jonathan D. Uslaner

Attorneys for Lead Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago and Arkansas Teacher Retirement System and Lead Counsel for the Class

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 27, 2019

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

# ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.


Dated: March 25, 2019				MORRISON & FOERSTER LLP


					*/s/ Mark R.S. Foster*
					Mark R.S. Foster