UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RH, INC. SECURITIES LITIGATION, | CASE NO. 17-cv-00554-YGR<br><br>**ORDER DIRECTING ADDITIONAL SUBMISSION**<br>Re: Dkt. No. 135 |

The Court has received and reviewed plaintiff's unopposed motion for preliminary approval of class settlement and the reply filed in support thereof. (Dkt. Nos. 135, 136.) Attached to the motion, plaintiffs submit the Stipulation and Agreement of Settlement. (*See* Dkt. No. 135-1 at ECF 2-41 ("Settlement Agreement").) Therein, the parties represent that there exists a "confidential supplemental agreement [between RH and] Lead Plaintiffs (the "Supplemental Agreement") . . . which is being executed concurrently [with the Settlement Agreement], shall not be filed with the Court[.]" (*Id.* ¶ 41.)

Parties further stipulate that the Supplemental Agreement's "terms shall not be disclosed in any other matter (other than the statements [within the Settlement Agreement] and in the Notice, to the extent necessary in order for Defendants to comply with the provisions of CAFA or as otherwise provided in the Supplemental Agreement) unless the Court otherwise directs or a dispute arises between Lead Plaintiffs and RH concerning the Supplemental Agreement's interpretation or application in which event the Parties shall submit the Supplemental Agreement to the Court in camera and request that the Court afford it confidential treatment." (*Id.*)

By no later than 5 p.m. tomorrow, June 13, 2019, the parties **SHALL** submit the Supplemental Agreement, in full, to the Court. Parties may submit the document *in camera*. Failure to submit as directed may result in denial of the pending motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE